IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN BUHLER, et al.,**  *Plaintiff,*  v.  **CITY OF PHILADELPHIA,**  *Defendants.* | Case No. 5:20-cv-04911-JDW |

### ORDER

AND NOW, this 19th day of January, 2022, for the reasons given in the Memorandum in *Larry Carter, et al. v. City of Philadelphia*, 2:18-cv-04404-JDW (ECF No. 74), it is **ORDERED** as follows:

1. **JUDGMENT** is **ENTERED** in favor of Plaintiff Brian Buhler and against Defendant City of Philadelphia on Count One of the Complaint, in the amount of $69,924.21;

2. **JUDGMENT** is **ENTERED** in favor of Plaintiff Tiffany Hawkins and against Defendant City of Philadelphia on Count Two of the Complaint, in the amount of $35,283.87;

3. **JUDGMENT** is **ENTERED** in favor of Plaintiff Amanda Winter and against Defendant City of Philadelphia on Count Three of the Complaint, in the amount of $46,607.99;

4. **JUDGMENT** is **ENTERED** in favor of Plaintiff Shelly Brown and against Defendant City of Philadelphia on Count Four of the Complaint, in the amount of $31,393.04.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge